FILED
JUL 25 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 94CR1012-WQH |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF |
| v. | ) DISMISSAL OF INDICTMENT AND |
| MARIA QUIROZ-CARRILLO, | ) RECALL ARREST WARRANT |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 7/25/16

HONORABLE WILLIAM Q. HAYES
United States District Court Judge